MABEL E. SPRING, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order modified by striking out the paragraph relieving the defendant from the payment of interest, and as so modified affirmed, without costs of

this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.